**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL WALKER, | : | Civil No. 3:24-cv-389 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| N.W. ANDERS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 28th day of August, 2026, upon consideration of the parties' cross-motions (Docs. 55, 64) for summary judgment, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion (Doc. 55) for partial summary judgment is **DENIED.**

2. Defendants' motion (Doc. 64) for summary judgment is **GRANTED** in part and **DENIED** in part as follows.

   a. The motion (Doc. 64) for summary judgment with respect to the Fourteenth Amendment procedural due process claim against Defendant Ellenberger is **GRANTED**. Entry of judgment is deferred pending further Order of Court.

   b. The motion (Doc. 64) for summary judgment based on exhaustion of administrative remedies is **DENIED**.

   c. The motion (Doc. 64) for summary judgment with respect to the First Amendment retaliation claim against Defendant Anders is **DENIED**.

   d. The motion (Doc. 64) for summary judgment with respect to Plaintiff's request for compensatory and punitive damages is **DENIED**.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge